## UNITED STATES
### v.
## WILLIAM WATSON

1808

JOURNAL ENTRIES

1. Defendant ruled into custody   .   .   .   .   .   *Journal, infra,* \*p. 146

PAPERS IN FILE

[None]

## UNITED STATES
### v.
## JAMES McCLOSKEY

1808

JOURNAL ENTRIES

1. Defendant ruled into custody   .   .   .   .   .   *Journal, infra,* \*p. 146

PAPERS IN FILE

[None]